**In the Interest of C.D., a Juvenile.**

**Appeal of C.D.**

Supreme Court of Pennsylvania.

Argued April 26, 1999.
Decided May 17, 1999.

Willaim E. Ruane, Asst. Public Defender, Office of the Public Defender, for C.D., Juvenile.

Patrick L. Meehan, Dist. Atty., Michelle Hutton, Asst. Dist. Atty., A. Sheldon Ko-

vach, Dep. Dist. Atty., Office of the Dist. Atty., for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

The order of the Superior Court is hereby reversed. See *Commonwealth v. Banks,* 540 Pa. 453, 658 A.2d 752 (1995).

Justice CAPPY did not participate in the decision of this case.

Justices CASTILLE and NEWMAN dissent.